### 16441.   ROBERTS *v.* SELMAN.

BROYLES, C. J. The pauper's affidavit made to obtain the writ of certiorari should allege that *owing to his poverty* the affiant is unable to give the required security; and where the allegation is merely that the affiant "is unable to give the security, as required by law," the writ of certiorari (if issued) is void, the affidavit not being amendable, and the certiorari proceedings should be dismissed. Civil Code (1910), § 5187; *Hackett* v. *Tate*, 18 *Ga. App.* 453 (89 S. E. 535), and citations; *Belk* v. *Cannon*, 19 *Ga. App.* 487 (2) (91 S. E. 790), and citation.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 20, 1925.

Certiorari; from Fulton superior court—Judge Bell. April 7, 1925.

*Louis H. Foster,* for plaintiff in error.

*Scott, Hornbuckle & Moore,* contra.

---

### 16458.   JONES *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; there was some evidence authorizing the verdict; and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 20, 1925.

Conviction of possessing liquor; from city court of LaGrange—Judge Tuggle. March 20, 1925.

*Harry M. Breed,* for plaintiff in error.

*L. L. Meadors, solicitor,* contra.